1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18

DONALD JOSHUA SMITH,

Plaintiff,

v.

OMONIYI AKINTOLA,

Defendant.

No. 2:21-cv-0420-EFB P

ORDER

19
20
21
22

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
U.S.C. § 1983.  In addition to filing an application for leave to proceed in forma pauperis, he has
filed an unsigned complaint.

23
24
25
26
27
28

Federal courts must engage in a preliminary screening of cases in which prisoners seek
redress from a governmental entity or officer or employee of a governmental entity.  28 U.S.C.
§ 1915A(a).  The court must identify cognizable claims or dismiss the complaint, or any portion
of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which
relief may be granted," or "seeks monetary relief from a defendant who is immune from such
relief."  *Id.* § 1915A(b).

1    The court cannot conduct the required screening of plaintiff's complaint because plaintiff

2    has not signed it.  *See* ECF No. 1.  Rule 11 of the Federal Rules of Civil Procedure requires that

3    "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record

4    in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P.

5    11(a).  Because plaintiff did not sign the complaint (ECF No. 1), it will be disregarded.  Within

6    thirty days, plaintiff may file a complaint that is signed.  *See* Fed. R. Civ. P. 3 ("A civil action is

7    commenced by filing a complaint with the court.").  Failure to comply with this order may result

8    in an order closing this case.

9        So ordered.

10   Dated:  March 16, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2