1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD JOSHUA SMITH,                       No.  2:21-cv-0420-JAM-EFB P

12              Plaintiff,

13         v.                                    ORDER

14    OMONIYI AKINTOLA,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18  U.S.C. § 1983.  He requests an extension of time to file a response to defendant's motion for

19  summary judgment.

20        Plaintiff's request (ECF No. 36) is granted and plaintiff has 30 days from the date this

21  order is served to file his response.

22        So ordered.

23  Dated:  February 11, 2022.

24

25                                      _____
                                        EDMUND F. BRENNAN
26                                      UNITED STATES MAGISTRATE JUDGE

27

28