UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JOSHUA SMITH, | No. 2:21-cv-0420-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| OMINIYI AKINTOLA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a thirty-day extension of time to file objections to the findings and recommendations filed on May 6, 2022.

Good cause appearing, plaintiff's request (ECF No. 44) is granted and plaintiff may file objections to the May 6, 2022 findings and recommendations within thirty days from the date of this order.

Dated: May 25, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE