1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD JOSHUA SMITH,                        No.  2:21-cv-0420-JAM-EFB P

12              Plaintiff,

13        v.                                       ORDER

14    OMONIYI AKINTOLA,

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 6, 2022, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and by

27   proper analysis.

28   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed May 6, 2022, are adopted in full; and

3    2.  Defendant's January 31, 2022 motion for summary judgment (ECF No. 34) is granted.

4    SO ORDERED.

5

6

7    DATED:  July 26, 2022                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
8                                             SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28